HARVEY P. SACKETT (72488)
**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN BANKS, III, ) | Case No.: 2:07-CV-01754-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, March 31, 2008 in which to file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (17) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

```
                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated:  February 26, 2008               /s/DONNA M.MONTANO
                                        DONNA M. MONTANO
                                        Assistant U.S. Attorney



Dated: February 26, 2008                /s/HARVEY P. SACKETT
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        BEN BANKS, III
```

IT IS SO ORDERED.

Dated: February 26, 2008.

_____
U.S. MAGISTRATE JUDGE

2

STIPULATION AND ORDER