HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN BANKS, III, | Case No.: 2:07-CV-01754-KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE<br>Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, April 30, 2008 in which to file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (19) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

|   |   |
|---|---|
| | McGREGOR W. SCOTT |
| | United States Attorney |

Dated:  March 18, 2008           */s/*DONNA M. MONTANO
                                  DONNA M. MONTANO
                                  Assistant U.S. Attorney


Dated: March 18, 2008            */s/*HARVEY P. SACKETT
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff
                                  BEN BANKS, III

IT IS SO ORDERED.

Dated:  March 20, 2008.

_____
U.S. MAGISTRATE JUDGE

2

STIPULATION AND ORDER