```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel
Social Security Administration
SARAH RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8978
Fax: (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BEN BANKS, III,<br><br>        Plaintiff,<br><br>   v.<br><br><br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | Case No. 2:07-CV-01754-KJM<br><br>STIPULATION AND<br>ORDER FOR DEFENDANT'S SECOND<br>EXTENSION OF TIME TO RESPOND<br>TO PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT;<br>ORDER GRANTING SECOND<br>EXTENSION OF TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The undersigned Special Assistant United States Attorney requests the extension in order to confer further with the Commissioner regarding the issues in this case. The current due date is June 28, 2008. The requested new due date will be July 28, 2008.

//

1   If the requested extension of time is granted, all other dates in the Court's Scheduling Order
2   would be extended accordingly.

                                                 Respectfully submitted,

Dated: June 26, 2008.                           */s/ Harvey P. Sackett*
                                                 HARVEY P. SACKETT
                                                 (Signature authorized by telephone)
                                                 Attorney for Plaintiff

Dated: June 26, 2008.                           McGREGOR W. SCOTT
                                                 United States Attorney
                                                 LUCILLE GONZALES MEIS
                                                 Chief Regional Counsel, Region IX

                                                 /s/*Sarah Ryan*
                                                 SARAH RYAN
                                                 Special Assistant U.S. Attorney

                                                 Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: June 27, 2008.

                                                 U.S. MAGISTRATE JUDGE