1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

12
13
14
15
16
17

| | |
|---|---|
| BEN BANKS, ) | |
| ) | CIVIL NO. 2:07-CV-1754 KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER APPROVING STIPULATION FOR |
| ) | VOLUNTARY REMAND AND DISMISSAL |
| MICHAEL J. ASTRUE, ) | OF CASE, WITH DIRECTIONS TO CLERK |
| Commissioner of ) | TO ENTER JUDGMENT |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

18
19

ORDER

20   On August 12, 2008, Plaintiff, BEN BANKS, and Defendant, MICHAEL J. ASTRUE,

21 Commissioner of Social Security, filed their Stipulation and Proposed Order of Voluntary Remand and

22 Dismissal of Case, with Directions to Clerk to Enter Judgment (Document 24) herein.  The Court having

23 considered the same, finds good cause for approving and granting said stipulated.

24 //

25 //

26
27
28

IT IS, THEREFORE, ORDERED AND DECREED, that the Stipulation and Proposed Order of Voluntary Remand and Dismissal of Case, with Directions to Clerk to Enter Judgment (Document 24), be and is HEREBY APPROVED AND GRANTED. The Clerk is hereby ORDERED to enter Judgment in accordance herewith.

DATED:  August 14, 2008.

_____
U.S. MAGISTRATE JUDGE