1    McGREGOR W. SCOTT
     United States Attorney
2    LUCILLE GONZALES MEIS
     Regional Chief Counsel, Region IX
3    Social Security Administration
     SARAH RYAN, SBOT #17479500
4    Special Assistant United States Attorney

5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone:  (415) 977-8978
         Facsimile:  (415) 744-0134
7        E-Mail: sarah.ryan@ssa.gov

8    Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12   BEN BANKS,                          )
                                         )         CIVIL NO. 2:07-CV-1754 KJM
13        Plaintiff,                     )
                                         )
14            v.                         )         STIPULATION AND
                                         )         ORDER SETTLING ATTORNEY'S
15   MICHAEL J. ASTRUE,                  )         FEES PURSUANT TO THE EQUAL
     Commissioner of                     )         ACCESS TO JUSTICE ACT (EAJA),
16   Social Security,                    )         28 U.S.C. § 2412(d).
                                         )
17        Defendant.                     )
                                         )
18   _____)

19
          It is stipulated by the parties through their undersigned counsel, with the Court's approval, that
20
     Plaintiff, BEN BANKS, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the
21
     amount of FOUR THOUSAND SIX HUNDRED FIFTY ($4,650.00), for compensation for legal
22
     services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), plus THREE HUNDRED
23
     SEVENTY-TWO DOLLARS AND FIFTY-THREE/100's DOLLARS ($372.53) in court costs and
24
     expenses, thereby constituting a compromise settlement for all fees under the EAJA in this action, but
25
     not constituting any admission of Defendant's liability under the EAJA in this action.
26
          Payment of attorney's fees in the amount of FOUR THOUSAND SIX HUNDRED FIFTY
27
     ($4,650.00), and court costs and expenses in the amount of THREE HUNDRED SEVENTY-TWO
28
     DOLLARS AND FIFTY-THREE/100's DOLLARS ($372.53), shall constitute a complete release from

and bar to any and all claims of Plaintiff relating to EAJA fees and court costs and expenses in

connection with this action, without prejudice to any future request for fees under the Social Security

Act, 42 U.S.C. § 406(b).

The parties further agree that Plaintiff has executed a valid assignment of all right, title and

interest in and to said attorney's fees and costs under the EAJA, in favor of and to his attorney of record,

Robert Ishikawa.  The parties stipulate and agree that the EAJA fees and costs shall be paid directly to:

> Harvey P. Sackett
> Sackett and Associates
> P. O. Box 5025
> San Jose, CA 95150-5025.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their

stipulation and agreement, and enter their proposed Order as agreed.

Respectfully submitted,

Dated:  October 30, 2008.

*/s/ Harvey P.  Sackett*
(As authorized via facsimile)
HARVEY P.  SACKETT
Attorney for Plaintiff

Dated:  October 30, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  January 21, 2009.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order of Sentence Four Remand